Certificate Number: 13858-ILN-CC-020200681



13858-ILN-CC-020200681

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 5, 2013, at 10:22 o'clock AM CST, Timothy Sheehan received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 5, 2013          By:     /s/Edwin Calderon

                                  Name:   Edwin Calderon

                                  Title:  Vice President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).